UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DWIGHT MARCELLUS BRADSBERY,<br><br>             Petitioner,<br><br>   v.<br><br>JEFFREY A UTTECHT,<br><br>             Respondent. | CASE NO. 3:20-cv-05055-BHS-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 14. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**;

(2)    Petitioner's petition for habeas corpus (Dkt. 3) is **DISMISSED** with prejudice;

(3)    A certificate of appealability is **DENIED**;

(4)    All pending motions (Dkts. 5, 6) are **DENIED** as moot; and

ORDER - 1

1  (5) The Clerk shall close this case and enter judgment.

2  Dated this 7th day of August, 2020.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2